STATE of Missouri, Respondent,

v.

Frederick SPENCER, Appellant.

No. ED 93867.

Missouri Court of Appeals,
Eastern District,
Division Three.

Aug. 31, 2010.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 13, 2010.

Frederick Spencer, Bowling Green, MO,
pro se.

Chris Koster, Atty. Gen., and Jamie
Pamela Rasmussen, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before SHERRI B. SULLIVAN, P.J.,
CLIFFORD H. AHRENS, J., and
LAWRENCE E. MOONEY, J.

### ORDER

PER CURIAM.

Frederick Spencer appeals from the judgment denying his motion for post-conviction DNA testing. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, explaining the reasons for our decision. We affirm. Rule 84.16(b)(5).